UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE MICHAEL MACIAS JR.,<br><br>Plaintiff<br><br>v.<br><br>CITY OF CLOVIS and the following employees of said City's Police Department: SERGEANT J. GOMEZ (ID #5048), CORPORAL C. ARANAS (ID #5196), OFFICER CESAR GONZALEZ (ID #5422), OFFICER E. TAIFANE (ID #5057), OFFICER A. VELASQUEZ (ID #5445), OFFICER C. PETERS (ID #5515), STEVE CLEAVER (ID #5469), JAMES KOCH (ID #5136), and DOES 1-25, inclusive,<br><br>**Defendants** | CASE NO. 1:13-CV-1819 AWI BAM<br><br>ORDER VACATING HEARING DATE OF FEBRUARY 10, 2014 AND TAKING MATTER UNDER SUBMISSION |

Defendants have made a motion to dismiss for failure to state a claim, or in the alternative, for a stay pending resolution of a related criminal case. Doc. 12.  Plaintiff opposes the motion. Doc. 13.  The court has reviewed the papers filed and has determined that the motion is suitable for decision without further oral argument. See Local Rule 230(g).

Therefore, IT IS HEREBY ORDERED that the previously set hearing date of FEBRUARY 10, 2014, is VACATED, and no party shall appear at that time.  As of that date, the court will take the matter under submission and will thereafter issue its decision.

IT IS SO ORDERED.

Dated:   February 5, 2014                                  _____
                                                                            SENIOR  DISTRICT  JUDGE