Charles A. Piccuta (56010)
PICCUTA LAW GROUP, LLP
400 West Franklin Street
Monterey, CA 93940
Telephone: (831) 920-3111
Facsimile:  (831) 920-3112
e-mail: chuck@piccutalaw.com

Attorneys for:  Plaintiff,  George Michael Macias, Jr.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| GEORGE MICHAEL MACIAS, JR.,<br><br>                    Plaintiff,<br><br>          v.<br><br>CITY OF CLOVIS, and the following<br>employees of said City's Police Department:<br>SERGEANT J. GOMEZ  (ID #5048),<br>CORPORAL C. ARANAS (ID #5196),  Officer<br>CESAR GONZALEZ (ID #5422), Officer E.<br>TAIFANE (ID #5057), Officer A.<br>VELASQUEZ (ID #5445), Officer C. PETERS<br>(ID #5515), STEVE CLEAVER (ID #5469),<br>JAMES KOCH (ID #5136) and DOES 1-25,<br>inclusive,<br><br>                    Defendants. | Case No.:  1:13-CV-01819-BAM<br><br>**ORDER** |

THE COURT having considered the Joint Stipulation to Dismiss Defendants Aranas, Gomez and Koch Without Prejudice, and finding good cause appearing, hereby GRANTS the Stipulation and orders as follows:

///


///


///

1    Defendants, Corporal C. Aranas, Sergeant J. Gomez, and James Koch, shall be

2  dismissed from this action without prejudice with the parties to assume their own costs and

3  attorney's fees with respect to these Defendants. The clerks shall NOT close this case.

4

5

6  IT IS SO ORDERED.

7    Dated:   **September 4, 2014**          /s/ *Barbara A. McAuliffe*

8                                    UNITED STATES MAGISTRATE JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28