1 | James D. Weakley, Esq.    Bar No. 082853
  | Brande L. Gustafson, Esq.    Bar No. 267130
2 | Weakley & Arendt, LLP
  | 1630 East Shaw Ave., Suite 176
3 | Fresno, California 93710
  | Telephone: (559) 221-5256
4 | Facsimile: (559) 221-5262
  | Email: Jim@walaw-fresno.com
5 | Email: Brande@walaw-fresno.com

6 | Attorneys for Defendants, City of Clovis, Officer Cesar Gonzalez, Officer Eric Taifane, Officer Angel Velasquez, and Officer Steve Cleaver

7 |
8 | Charles A. Piccuta (56010)
  | Charles Tony Piccuta (258333)
  | PICCUTA LAW GROUP, LLP
9 | 400 West Franklin Street
  | Monterey, California 93940
10 | Telephone: (83 l) 920-3111
   | Facsimile: (831) 920-3112
11 | e-mail: chuck@Piccutalaw.com

12 | Attorneys for Plaintiff, George Michael Macias, Jr.

13 | Panos Lagos  (61821)
   | The Law Offices of Panos Lagos
14 | 5032 Woodminster Lane
   | Oakland, CA 94602
15 | Telephone:  (510) 530-4078
   | Facsimile:  (510) 530-4725
16 | Email:  panoslagos@aol.com

17 | Attorneys for Plaintiff, George Michael Macias, Jr.

# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE MICHAEL MACIAS, JR.,<br><br>Plaintiffs,<br><br>vs.<br><br>STEVE CLEAVER, CESAR GONZALEZ, ERIC TAIFANE, ANGEL VELASQUEZ, THE CITY OF CLOVIS and DOES 1-10, inclusive,inclusive,<br><br>Defendants. | CASE NO. 1:13-CV-001819-BAM<br><br>**STIPULATION AND ORDER TAKING DEFENDANTS' MOTION TO QUASH OFF CALENDAR AND ADDENDUM TO PROTECTIVE ORDER**<br><br>**(Doc. 70)**<br><br>The Honorable Barbara A. McAuliffe |

After further meet and confer efforts, the parties have resolved their discovery dispute relating to Plaintiff's Subpoenas to California Highway Patrol ("CHP") and Pacific Gas and Electric Company ("PG&E") for production of Defendant Steve Cleaver's employment records, as Plaintiff has received the records from PG&E and no longer wishes to pursue the records from CHP.  The parties therefore stipulate, through their respective counsel, to take the January 22, 2016 hearing off calendar for Defendants' Motion to Quash or Modify Plaintiff's Subpoenas to California Highway Patrol and Pacific Gas and Electric Company for Production of Records and for Protective Order (Doc. No. 76).

IT IS HEREBY FURTHER STIPULATED by and between the parties through their respective counsel that this be an Addendum to the Protective Order ordered by the Court on November 20, 2015 (Doc. No. 70) and the following portions of the employment records produced by PG&E in response to Plaintiff's subpoena for production of Defendant Steve Cleaver's employment records shall be subject to the same protection from public disclosure therein under this addendum:

1. Ronald Stephen Cleaver's social security number and date of birth, and
2. Ronald Stephen Cleaver's home addresses.

IT IS SO STIPULATED.

Dated: January 14, 2016         WEAKLEY & ARENDT, LLP

                                By:   /s/ Brande L. Gustafson
                                      James D. Weakley
                                      Brande L. Gustafson
                                      Attorneys for Defendants


Dated: January 14, 2016         PICCUTA LAW GROUP, LLP
                                THE LAW OFFICES OF PANOS LAGOS

                                By:   /s/Charles Tony Piccuta(As authorized on 1/14/16)
                                      Charles A. Piccuta
                                      Charles Tony Piccuta
                                      Panos Lagos
                                      Attorneys for Plaintiff

Stip. & Order Taking Defendants' Motion to
Quash Off Calendar & Addendum to Protective Order

**ORDER**

Pursuant to the stipulation filed by the parties on January 14, 2016 (Doc. 79) and for good cause appearing, **IT IS HEREBY ORDERED:**

1) Defendants' Motion to Quash or Modify Plaintiff's Subpoenas to California Highway Patrol and Pacific Gas and Electric Company for Production of Records and for Protective Order (Doc. 76) is WITHDRAWN;

2) The Motion hearing set for January 22, 2016 at 9:00AM before the Honorable Barbara A. McAuliffe in Courtroom 8 is VACATED and taken OFF CALENDAR.

3) The Protective Order filed November 20, 2015 (Doc. 70) is amended pursuant to the above stipulation.

IT IS SO ORDERED.

Dated:   **January 14, 2016**          /s/ Barbara A. McAuliffe
UNITED STATES MAGISTRATE JUDGE