Charles Albert Piccuta (56010)
Charles Tony Piccuta (258333)
PICCUTA LAW GROUP, LLP
400 West Franklin Street
Monterey, CA 93940
Telephone: (831) 920-3111
Facsimile:  (831) 920-3112
charles@piccutalaw.com
chuck@piccutalaw.com

LAW OFFICES OF PANOS LAGOS
Panos Lagos, Esq. (SBN 61821)
5032 Woodminister Lane
Oakland, CA  94602
(510)530-4078
(510)530-4725/FAX
panoslagos@aol.com

Attorneys for: Plaintiff
George Michael Macias, Jr.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE MICHAEL MACIAS, JR., | Case No.: 1:13-CV-01819-BAM |
| Plaintiff, | **ORDER GRANTING REQUEST TO SEAL DOCUMENTS** |
| v. | |
| STEVE CLEAVER, CESAR GONZALEZ, ERIC TAFAINE, ANGEL VELASQUEZ, THE CITY OF CLOVIS, | **U.S. Mag. Judge Barbara A. McAuliffe** |
| Defendants. | |

The matter is before the Court on Plaintiff George Michael Macias' Request to Seal Motion for Leave to File Second Amended Complaint Based Upon Newly Discovered Evidence and related declarations and exhibits.

The Court, having reviewed Plaintiff's Notice of Request to Seal, and for good cause appearing, hereby GRANTS the Request to Seal, and HEREBY ORDERS AS FOLLOWS:

1. Plaintiff's Request to Seal Documents is GRANTED;
2. Plaintiff's Motion for Leave to File a Second Amended Complaint Based Upon Newly Discovered Evidence shall be filed under seal;
3. The Declaration of Charles Tony Piccuta filed in Support of Plaintiff's Motion for Leave to File Second Amended Complaint Based Upon Newly Discovered Evidence, with all accompanying exhibits, shall be filed under seal; and
4. The proposed Second Amended Complaint shall be filed under seal;
5. The hearing on Plaintiff's Motion for Leave to File a Second Amended Complaint is scheduled for March 11, 2016; Defendants' Opposition to the Motion is due February 26, 2016; and any Reply by Plaintiff is due March 4, 2016;
6. Plaintiff is ordered to serve a copy of the Motion for Leave, the supporting exhibits, declarations, and the Motion Hearing date of March 11, 2016 on Defendants.

IT IS SO ORDERED.

Dated:   **February 5, 2016**                                    /s/ Barbara A. McAuliffe
                                                              UNITED STATES MAGISTRATE JUDGE