1  James D. Weakley, Esq.      Bar No. 082853
   Brande L. Gustafson, Esq.     Bar No. 267130
2  Weakley & Arendt, LLP
   1630 East Shaw Ave., Suite 176
3  Fresno, California 93710
   Telephone: (559) 221-5256
4  Facsimile: (559) 221-5262
   Email: Jim@walaw-fresno.com
5  Email: Brande@walaw-fresno.com

6  Attorneys for Defendants, City of Clovis, Officer Cesar Gonzalez, Officer Eric Taifane,
   Officer Angel Velasquez, and Officer Steve Cleaver
7
   Charles A. Piccuta (56010)
8  Charles Tony Piccuta (258333)
   PICCUTA LAW GROUP, LLP
9  400 West Franklin Street
   Monterey, California 93940
10 Telephone: (83 l) 920-3111
   Facsimile: (831) 920-3112
11 e-mail: chuck@Piccutalaw.com

12 Attorneys for Plaintiff, George Michael Macias, Jr.

13 Panos Lagos  (61821)
   The Law Offices of Panos Lagos
14 5032 Woodminster Lane
   Oakland, CA 94602
15 Telephone:  (510) 530-4078
   Facsimile:  (510) 530-4725
16 Email:  panoslagos@aol.com

17 Attorneys for Plaintiff, George Michael Macias, Jr.

18                 **UNITED STATES DISTRICT COURT**

19              **FOR THE EASTERN DISTRICT OF CALIFORNIA**

20

21 GEORGE MICHAEL MACIAS, JR.,        ) CASE NO. 1:13-CV-001819-BAM
                                      )
22        Plaintiffs,                 ) **ORDER DENYING STIPULATION TO**
                                      ) **MODIFY THE AMENDED SCHEDULING**
23        vs.                         ) **ORDER**
                                      )
24 STEVE CLEAVER, CESAR GONZALEZ,     ) **(Doc. 44)**
   ERIC TAIFANE, ANGEL VELASQUEZ,     )
25 THE CITY OF CLOVIS and DOES 1-10,  )
   inclusive,inclusive,               ) The Honorable Barbara A. McAuliffe
26                                     )
                                      )
27        Defendants.                 )
   _____)
28        THE PARTIES, through their respective counsel, have stipulated to modify the Amended

---

1

Scheduling Order (Doc. No. 44) to allow them to take the depositions for the following individuals:

1) Sergeant James Boldt

2) Corporal Joshua Kirk

3) Mark King

4) Lawrence Brookter

5) Gilbert Ramirez, MD

6) Carlos Iniguez, RN

7) Dr. Ronald Kleyn

8) Roy Rodgers

9) Michael Olague

10) Joe Martin, DC

11) Greg Connor

12) Sergeant Curt Fleming

13) Sergeant Jorge Gomez

14) Sergeant Corporal Aranans

15) Jorge Gilblanco

The current deadline for non-expert discovery is February 5, 2016.  The parties stipulate that the non-expert discovery deadline be extended to March 25, 2016 just for purposes of deposing the foregoing individuals.

THE PARTIES have further stipulated to modify the Amended Scheduling Order (Doc. No. 44) as follows:

| | **Current Date** | **New Date** |
|---|---|---|
| Expert Witness Disclosure: | March 4, 2016 | April 8, 2016 |
| Supplemental Expert Disclosure: | March 18, 2016 | April 22, 2016 |
| Expert Discovery Cutoff: | May 2, 2016 | May 20, 2016 |
| Pretrial Motion Filing Deadline: | May 20, 2016 | June 10, 2016 |
| Pre-Trial Conference: | August 10, 2016 | No Change |
| Trial: | September 27, 2016 | No Change |

IT IS SO STIPULATED.

Dated: February 16, 2016                    WEAKLEY & ARENDT, LLP

                                   By:      /s/ Brande L. Gustafson
                                            James D. Weakley
                                            Brande L. Gustafson
                                            Attorneys for Defendants

Dated: February 14, 2016                    PICCUTA LAW GROUP, LLP
                                            THE LAW OFFICES OF PANOS LAGOS

                                   By:      /s/Charles Tony Piccuta(As authorized on 2/14/16)
                                            Charles A. Piccuta
                                            Charles Tony Piccuta
                                            Panos Lagos
                                            Attorneys for Plaintiff

## ORDER

The Parties' Stipulation and Proposed Order to continue the discovery and pretrial deadlines is DENIED. (Doc. 85).  A scheduling order may be modified only for good cause. Fed. R. Civ. P. 16(b).  The parties' request for a schedule modification provides no explanation as to why the existing discovery deadlines cannot be met. Thus, the parties' request fails to comply with Federal Rule of Civil Procedure 16(b)(4).  Further, Local Rule 144(d) cautions parties against delaying until the last moment to seek extensions.  While parties are required to seek an extension of time well before the deadline has expired, the parties here waited until two weeks after fact discovery closed to file a request to take fifteen additional depositions.  Such conduct is looked upon with disfavor and serves as an independent ground to deny the stipulation.  *See* Local Rule 144(d); *In Hardy v. County of El Dorado*, 2008 WL 3876329 (E.D. Cal. Aug. 20, 2008).  Lastly, the requested relief would unnecessarily burden the Court with compressed discovery and motion deadlines. For these reasons, the parties' stipulation is DENIED without prejudice.

IT IS SO ORDERED.

Dated:   **February 18, 2016**            /s/ Barbara A. McAuliffe
                                          UNITED STATES MAGISTRATE JUDGE