James D. Weakley, Esq.     Bar No. 082853
Brande L. Gustafson, Esq.  Bar No. 267130
Weakley & Arendt, LLP
1630 East Shaw Ave., Suite 176
Fresno, California 93710
Telephone: (559) 221-5256
Facsimile: (559) 221-5262
Email: Jim@walaw-fresno.com
Email: Brande@walaw-fresno.com
Attorneys for Defendants, City of Clovis, Officer Cesar Gonzalez, Officer Eric Taifane, Officer Angel Velasquez, and Officer Steve Cleaver

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE MICHAEL MACIAS, JR., <br><br>Plaintiffs, <br><br>vs. <br><br>STEVE CLEAVER, CESAR GONZALEZ, ERIC TAIFANE, ANGEL VELASQUEZ, THE CITY OF CLOVIS and DOES 1-10, inclusive,inclusive, <br><br>Defendants. | CASE NO. 1:13-CV-001819-BAM <br><br>**ORDER GRANTING DEFENDANTS' REQUEST TO SEAL DOCUMENTS** <br><br>[U.S. Dist. Ct. Eastern District Local Rule 141] |

Having reviewed Defendants' Notice of Request to Seal Documents, Defendants' Request to Seal Documents, and the proposed sealed document (Defendants' Opposition to Plaintiff's Motion for Leave to File a Second Amended Complaint Based on Newly Discovered Evidence), and GOOD CAUSE appearing therefore, Defendants' Request to Seal Documents is hereby GRANTED.  The Defendants' Opposition to Plaintiff's Motion for Leave to File a Second Amended Complaint Based on Newly Discovered Evidence, SHALL BE SEALED for the duration of the litigation and cannot be unsealed without a subsequent order from this Court. Local Rule 141(f). All future sealings will be required to be narrowly tailored.

IT IS SO ORDERED.

Dated:   **March 3, 2016**              /s/ Barbara A. McAuliffe
                                         UNITED STATES MAGISTRATE JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Order Granting Defendants'
Request to Seal Documents