Charles Albert Piccuta (56010)
Charles Tony Piccuta (258333)
PICCUTA LAW GROUP, LLP
400 West Franklin Street
Monterey, CA 93940
Telephone: (831) 920-3111
Facsimile:  (831) 920-3112
charles@piccutalaw.com
chuck@piccutalaw.com

LAW OFFICES OF PANOS LAGOS
Panos Lagos, Esq. (SBN 61821)
5032 Woodminister Lane
Oakland, CA  94602
(510)530-4078
(510)530-4725/FAX
panoslagos@aol.com

Attorneys for:  Plaintiff
George Michael Macias, Jr.

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GEORGE MICHAEL MACIAS, JR., | Case No.: 1:13-CV-01819-BAM |
| Plaintiff, | **ORDER GRANTING REQUEST TO SEAL DOCUMENT** |
| v. | |
| STEVE CLEAVER, CESAR GONZALEZ, ERIC TAFAINE, ANGEL VELASQUEZ, THE CITY OF CLOVIS, | **U.S. Mag. Judge Barbara A. McAuliffe** |
| Defendants. | |

THE COURT, having considered Plaintiff's Request to Seal Document, and finding good cause appearing, HEREBY ORDERS AS FOLLOWS:

1. Plaintiff's Request to Seal Document is GRANTED; and

2. Plaintiff's Reply in Support of Motion for Leave to File Second Amended Complaint Based Upon Newly Discovered Evidence shall be filed under seal.

3. Any further requests to seal shall be narrowly tailored.

IT IS SO ORDERED.

Dated: __March 4, 2016__               /s/ *Barbara A. McAuliffe*
                                       UNITED STATES MAGISTRATE JUDGE