Charles A. Piccuta (56010)
Charles Tony Piccuta (258333)
PICCUTA LAW GROUP, LLP
400 West Franklin Street
Monterey, California 93940
Telephone: (83 l) 920-3111
Facsimile: (831) 920-3112
e-mail: chuck@Piccutalaw.com; charles@piccutalaw.com

Attorneys for Plaintiff, George Michael Macias, Jr.

Panos Lagos  (61821)
The Law Offices of Panos Lagos
5032 Woodminster Lane
Oakland, CA 94602
Telephone:  (510) 530-4078
Facsimile:  (510) 530-4725
Email:  panoslagos@aol.com

Attorneys for Plaintiff, George Michael Macias, Jr.

James D. Weakley, Esq.          Bar No. 082853
Brande L. Gustafson, Esq.       Bar No. 267130
Weakley & Arendt, LLP
1630 East Shaw Ave., Suite 176
Fresno, California 93710
Telephone: (559) 221-5256
Facsimile: (559) 221-5262
Email: Jim@walaw-fresno.com
Email: Brande@walaw-fresno.com

Attorneys for Defendants, City of Clovis, Officer Cesar Gonzalez, Officer Eric Taifane, Officer Angel Velasquez, and Officer Steve Cleaver

# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE MICHAEL MACIAS, JR., | CASE NO. 1:13-CV-001819-BAM |
| Plaintiffs, | **JOINT STIPULATION AND ORDER TO SEAL DOCUMENT No. 99** |
| vs. | |
| STEVE CLEAVER, CESAR GONZALEZ, ERIC TAIFANE, ANGEL VELASQUEZ, THE CITY OF CLOVIS and DOES 1-10, inclusive,inclusive, | The Honorable Barbara A. McAuliffe |
| Defendants. | |

NOW COME the parties, through their respective counsel, and hereby stipulate and request to seal document # 99. Document # 99 was filed as the Second Amended Complaint

1 with redactions as ordered by the Court on March 24, 2016. However, counsel for Defendants
2 have notified counsel for Plaintiff that paragraphs 43-50 in the document were not redacted, but
3 highlighted in black, which made the confidential information still accessible by performing
4 certain computing processes.  Plaintiff was unaware of this possibility upon filing.

5       The redacted information in the Second Amended Complaint includes paragraphs 43-50
6 and is currently subject to a protective order. As such, the Document should be sealed so that
7 this information is not accessible by the public. Plaintiff will then refile the Second Amended
8 Complaint with the same paragraphs redacted but by a means where the text under the
9 redactions may not be accessed.

10       Good cause exists to grant the streamlined request to seal the document as the basis for
11 the same is to comply with the Court's previous order (Doc. No. 97) and remedy a redaction
12 error. Moreover, this request should be granted on an expedited basis to prevent the
13 dissemination of information that is currently subject to a protective order and to prevent any
14 potential prejudice to the parties. WHEREFORE the parties request that Document # 99 be
15 sealed accordingly and an instruction given to the Clerk to accomplish the same.

**IT IS SO STIPULATED.**

Dated: March 29, 2016                         WEAKLEY & ARENDT, LLP

                                              By:    /s/ Brande L. Gustafson (As Authorized 3/29/16)
                                                     James D. Weakley
                                                     Brande L. Gustafson
                                                     Attorneys for Defendants


Dated: March 29, 2016                         PICCUTA LAW GROUP, LLP
                                              THE LAW OFFICES OF PANOS LAGOS

                                              By:    /s/Charles Tony Piccuta
                                                     Charles A. Piccuta
                                                     Charles Tony Piccuta
                                                     Panos Lagos
                                                     Attorneys for Plaintiff

**ORDER**

IT IS SO ORDERED THAT Document #99 shall be sealed by the Clerk of the Court. Plaintiff shall file a redacted version of the document within 5 days of the date of this order.

IT IS SO ORDERED.

Dated:  **March 30, 2016**                    /s/ *Barbara A. McAuliffe*
                                             UNITED STATES MAGISTRATE JUDGE