Charles Albert Piccuta (56010)
Charles Tony Piccuta (258333)
PICCUTA LAW GROUP, LLP
400 West Franklin Street
Monterey, CA 93940
Telephone: (831) 920-3111
Facsimile:  (831) 920-3112
charles@piccutalaw.com
chuck@piccutalaw.com

LAW OFFICES OF PANOS LAGOS
Panos Lagos, Esq. (SBN 61821)
5032 Woodminister Lane
Oakland, CA  94602
(510)530-4078
(510)530-4725/FAX
panoslagos@aol.com

Attorneys for:  Plaintiff
George Michael Macias, Jr.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE MICHAEL MACIAS, JR., | Case No.: 1:13-CV-01819-BAM |
| Plaintiff, | **ORDER GRANTING REQUEST TO SEAL DOCUMENT** |
| v. | |
| STEVE CLEAVER, CESAR GONZALEZ, ERIC TAFAINE, ANGEL VELASQUEZ, THE CITY OF CLOVIS, | **U.S. Mag. Judge Barbara A. McAuliffe** |
| Defendants. | |

THE COURT, having considered Plaintiff's Request to Seal Document, and finding good cause appearing, HEREBY ORDERS AS FOLLOWS:

1. Plaintiff's Request to Seal Document is GRANTED;
2. Plaintiff's Notice of Motion and Motion to Unseal Judicial Filings and Modify Protective Order and Memorandum of Points and Authorities in Support of Plaintiffs

Motion to Unseal Judicial Filings and Modify Protective Order SHALL be filed under seal;

3. In accordance with Local Rule 141(e), Plaintiff shall provide the Clerk of the Court with copies of the Motion to Unseal Judicial Filings and Modify Protective Order and Memorandum of Points and Authorities in Support of Plaintiffs Motion to Unseal Judicial Filings and Modify Protective Order;

4. Plaintiff SHALL file a REDACTED version of the Motion to Unseal Judicial Filings and Modify Protective Order and Memorandum of Points and Authorities in Support of Plaintiffs Motion to Unseal Judicial Filings and Modify Protective Order within five (5) days of the service of this order.

IT IS SO ORDERED.

Dated:   **April 25, 2016**          /s/ *Barbara A. McAuliffe*
                                  UNITED STATES MAGISTRATE JUDGE