James D. Weakley, Esq.      Bar No. 082853
Brande L. Gustafson, Esq.   Bar No. 267130
Weakley & Arendt, LLP
1630 East Shaw Ave., Suite 176
Fresno, California 93710
Telephone: (559) 221-5256
Facsimile: (559) 221-5262
Email: Jim@walaw-fresno.com
Email: Brande@walaw-fresno.com

Attorneys for Defendants, City of Clovis, Officer Cesar Gonzalez, Officer Eric Taifane, Officer Angel Velasquez, and Officer Steve Cleaver

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE MICHAEL MACIAS, JR., <br><br> Plaintiffs, <br><br> vs. <br><br> STEVE CLEAVER, CESAR GONZALEZ, ERIC TAIFANE, ANGEL VELASQUEZ, THE CITY OF CLOVIS and DOES 1-10, inclusive,inclusive, <br><br> Defendants. | CASE NO. 1:13-CV-001819-BAM <br><br> **ORDER GRANTING DEFENDANTS' REQUEST TO SEAL DOCUMENTS** <br><br> [USDC Eastern District Local Rule 141] |

Before the Court is Defendants, City of Clovis and Officers Cesar Gonzalez ("Officer Gonzalez"), Eric Taifane ("Officer Taifane"), Angel Velasquez ("Officer Velasquez"), and Steve Cleaver ("Officer Cleaver") (collectively "Defendants") request to seal an unredacted version of Defendants' Motion to Dismiss and Motion to Strike Portions of Plaintiff's Second Amended Complaint. On April 20, 2016, Defendants filed a redacted version of Defendants' Motion to Dismiss and Motion to Strike Portions of Plaintiff's Second Amended Complaint.

Having reviewed Defendants' Notice of Request to Seal Documents, Defendants' Request to Seal Documents, and the proposed sealed document (the unredacted version of Defendants' Motion to Dismiss and Motion to Strike Portions of Plaintiff's Second Amended

1  Complaint), and GOOD CAUSE appearing therefore, Defendants' Request to Seal Documents
2  is hereby GRANTED.
3      The unredacted version of Defendants' Motion to Dismiss and Motion to Strike Portions
4  of Plaintiff's Second Amended Complaint, SHALL BE SEALED by the CLERK OF THE
5  COURT for the duration of the litigation and cannot be unsealed without a subsequent order
6  from this Court.
7
8  IT IS SO ORDERED.
9
10     Dated:  **April 25, 2016**             /s/ *Barbara A. McAuliffe*
                                                      UNITED STATES MAGISTRATE JUDGE