Charles Tony Piccuta (258333)
Charles Albert Piccuta (56010)
PICCUTA LAW GROUP, LLP
400 West Franklin Street
Monterey, CA 93940
Telephone: (831) 920-3111
Facsimile:  (831) 920-3112
charles@piccutalaw.com
chuck@piccutalaw.com

LAW OFFICES OF PANOS LAGOS
Panos Lagos, Esq. (SBN 61821)
5032 Woodminister Lane
Oakland, CA  94602
(510)530-4078
(510)530-4725/FAX
panoslagos@aol.com

Attorneys for: Plaintiff
George Michael Macias, Jr.

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GEORGE MICHAEL MACIAS, JR., | Case No.: 1:13-CV-01819-BAM |
| Plaintiff, | **ORDER GRANTING REQUEST TO SEAL DOCUMENT** |
| v. | |
| STEVE CLEAVER, CESAR GONZALEZ, ERIC TAFAINE, ANGEL VELASQUEZ, THE CITY OF CLOVIS, | **U.S. Mag. Judge Barbara A. McAuliffe** |
| Defendants. | |

THE COURT, having considered Plaintiff's Request to Seal Document, and finding good cause appearing, HEREBY ORDERS AS FOLLOWS:

1. Plaintiff's Request to Seal Document is GRANTED;
2. Plaintiff's Opposition to Defendants' Motion to Dismiss and Motion to Strike Portions of Plaintiff's Second Amended Complaint ("Opposition") shall be filed under seal;

3. In accordance with Local Rule 141(e), Plaintiff shall provide the Clerk of the Court with a copy of the Opposition; and

4. Plaintiff SHALL file a REDACTED version of the Opposition within three (3) days of the service of this order.

IT IS SO ORDERED.

Dated: **June 3, 2016**            /s/ *Barbara A. McAuliffe*
                                                    UNITED STATES MAGISTRATE JUDGE