James D. Weakley, Esq.         Bar No. 082853
Brande L. Gustafson, Esq.     Bar No. 267130
Weakley & Arendt, LLP
1630 East Shaw Ave., Suite 176
Fresno, California 93710
Telephone: (559) 221-5256
Facsimile: (559) 221-5262
Attorneys for Defendants, City of Clovis, Officer Cesar Gonzalez, Officer Eric Taifane, Officer Angel Velasquez, and Officer Steve Cleaver

# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE MICHAEL MACIAS, JR., | ) CASE NO. 1:13-CV-001819-BAM |
| Plaintiffs, | ) **ORDER GRANTING DEFENDANTS' REQUEST TO SEAL DOCUMENTS** |
| vs. | ) [USDC Eastern District Local Rule 141] |
| STEVE CLEAVER, CESAR GONZALEZ, ERIC TAIFANE, ANGEL VELASQUEZ, THE CITY OF CLOVIS and DOES 1-10, inclusive,inclusive, | ) |
| Defendants. | ) |

        Having reviewed Defendants' Notice of Request to Seal Documents, Defendants' Request to Seal Documents, and the proposed sealed document (the unredacted version of Defendants' Opposition to Plaintiff's Motion to Unseal Judicial Filings and Modify Protective Order ("Defendants' Opposition")), and GOOD CAUSE appearing therefore, Defendants' Request to Seal Documents is hereby GRANTED.  The unredacted version of  Defendants' Opposition SHALL BE SEALED for the duration of the litigation and cannot be unsealed without a subsequent order from this Court.  Defendants SHALL file a REDACTED version of Defendants' Opposition within three (3) days of the service of this order.

IT IS SO ORDERED.

        Dated:   **June 6, 2016**                    /s/ *Barbara A. McAuliffe*
                                                    UNITED STATES MAGISTRATE JUDGE