Charles A. Piccuta (56010)
Charles Tony Piccuta (258333)
PICCUTA LAW GROUP, LLP
400 West Franklin Street
Monterey, CA 93940
Telephone: (831) 920-3111
Facsimile:   (831) 920-3112
Email: chuck@piccutalaw.com
Email: charles@picctalaw.com

LAW OFFICES OF PANOS LAGOS
Panos Lagos, Esq. / SBN 61821
5032 Woodminster Lane
Oakland, CA  94602
(510)530-4078
(510)530-4725/FAX
panos@panoslagoslaw.com

Attorneys for Plaintiff, George Michael Macias, Jr.

James D. Weakley, Esq. Bar No. 082853
Brande L. Gustafson, Esq. Bar No. 267130
Weakley & Arendt, LLP
1630 East Shaw Ave., Suite 176
Fresno, California 93710
Telephone: (559) 221-5256
Facsimile: (559) 221-5262
Email: Jim@walaw-fresno.com
Email: Brande@walaw-fresno.com
Attorneys for Defendants, City of Clovis, Officer Cesar Gonzalez, Officer Eric Taifane, Officer Angel Velasquez, and Officer Steve Cleaver

United States District Court

Eastern District of California

| George Michael Macias, Jr.,<br><br>Plaintiff<br><br>vs.<br><br>Steve Cleaver, Cesar Gonzalez, Eric Taifane, Angel Velasquez, the City of Clovis and DOES 1-10, inclusive,<br><br>Defendants | Case: 1:13-cv-01819-AWI-BAM<br><br>**JOINT STIPULATION AND [Proposed] ORDER TO CONTINUE JULY 20, 2016 TELEPHONIC STATUS CONFERENCE**<br><br>U.S. Magistrate Judge Barbara A. McAuliffe |
|---|---|

    NOW COME the parties, through their respective counsel, and hereby stipulate to continue the telephonic status conference now set for July 20, 2016 at 9:00 a.m. in Courtroom 8 (BAM) to August 1, 2016 at 10:00 a.m. in Courtroom 8 (BAM).

The continuance was requested by Panos Lagos, co-counsel for Plaintiff who is unavailable on July 20, 2016 given the July 20, 2016 commencement of Trial in *Castellanos v. State of California*, USDC (N.D. Cal.) Case No.: 4:15-cv-00272-JSW.

Respectfully submitted,

Dated: July 7, 2016                                          LAW OFFICES OF PANOS LAGOS

*/s/Panos Lagos*
Panos Lagos, Esq.
Attorneys for Plaintiff,
GEORGE MICHAEL MACIAS, JR.

Dated: July 7, 2016                                          PICCUTA LAW GROUP, LLP

By:   */s/Charles Tony Piccuta*
        Charles A. Piccuta
        Charles Tony Piccuta
        Attorneys for Plaintiff
        GEORGE MICHAEL MACIAS, JR.

Dated: July 7, 2016                                          WEAKLEY & ARENDT, LLP

By:   */s/Brande L. Gustafson*
        James D. Weakley
        Brande L. Gustafson
        Attorneys for Defendants

## **ORDER**

IT IS SO ORDERED THAT the July 20, 2016 Telephonic Status Conference is continued to August 1, 2016 at 10:00 a.m. in Courtroom 8 (BAM) before Judge McAuliffe.

IT IS SO ORDERED.

Dated: **July 7, 2016**                                      /s/ *Barbara A. McAuliffe*
                                                                              UNITED STATES MAGISTRATE JUDGE