1  James D. Weakley, Esq.       Bar No. 082853
   Brande L. Gustafson, Esq.    Bar No. 267130
2  Weakley & Arendt, LLP
   1630 East Shaw Ave., Suite 176
3  Fresno, California 93710
   Telephone: (559) 221-5256
4  Facsimile: (559) 221-5262
   Email: Jim@walaw-fresno.com
5  Email: Brande@walaw-fresno.com

6  Attorneys for Defendants, City of Clovis, Officer Cesar Gonzalez, Officer Eric Taifane,
   Officer Angel Velasquez, and Officer Steve Cleaver
7
   Charles A. Piccuta (56010)
8  Charles Tony Piccuta (258333)
   PICCUTA LAW GROUP, LLP
9  400 West Franklin Street
   Monterey, California 93940
10 Telephone: (83 l) 920-3111
   Facsimile: (831) 920-3112
11 e-mail: chuck@Piccutalaw.com

12 Attorneys for Plaintiff, George Michael Macias, Jr.

13 Panos Lagos  (61821)
   The Law Offices of Panos Lagos
14 5032 Woodminster Lane
   Oakland, CA 94602
15 Telephone:  (510) 530-4078
   Facsimile:  (510) 530-4725
16 Email:  panoslagos@aol.com

17 Attorneys for Plaintiff, George Michael Macias, Jr.

18
### UNITED STATES DISTRICT COURT
19
### FOR THE EASTERN DISTRICT OF CALIFORNIA
20

21 | GEORGE MICHAEL MACIAS, JR.,                      ) CASE NO. 1:13-CV-001819-BAM
                                                      )
22 |             Plaintiffs,                          ) **STIPULATION AND ORDER TO**
                                                      ) **RESCHEDULE SETTLEMENT**
23 |     vs.                                          ) **CONFERENCE**
                                                      )
24 | STEVE CLEAVER, CESAR GONZALEZ,                   )
     ERIC TAIFANE, ANGEL VELASQUEZ,                   )
25   THE CITY OF CLOVIS and DOES 1-10,                )
     inclusive,inclusive,                             )
26                                                    )
                                                      )
27 |             Defendants.                          )
                                                      )
28 |_____

1 THE PARTIES, through their respective counsel, have stipulated to reschedule the settlement conference in this matter from **September 7, 2016 at 1:00 p.m.** to **September 9, 2016 at 1:00 p.m.** in Courtroom 10 before Magistrate Judge Erica P. Grosjean.

IT IS SO STIPULATED.

Dated: August 9, 2016                                WEAKLEY & ARENDT, LLP

                                          By:   /s/ Brande L. Gustafson
                                                James D. Weakley
                                                Brande L. Gustafson
                                                Attorneys for Defendants

Dated: August 9, 2016                                PICCUTA LAW GROUP, LLP
                                                    THE LAW OFFICES OF PANOS LAGOS

                                          By:   /s/ Panos Lagos (As authorized on 8/9/16)
                                                Charles A. Piccuta
                                                Charles Tony Piccuta
                                                Panos Lagos
                                                Attorneys for Plaintiff

## ORDER

Pursuant to the above stipulation, the settlement conference in this matter is rescheduled from September 7, 2016 at 1:00 p.m. to September 9, 2016 at 1:00 p.m. in Courtroom 10 before Magistrate Judge Erica P. Grosjean.

IT IS SO ORDERED.

Dated:   **August 9, 2016**                     /s/ Erica P. Grosjean
                                                UNITED STATES MAGISTRATE JUDGE

Stip. & [Proposed] Order to
Reschedule Settlement Conference