1 | James D. Weakley, Esq.     Bar No. 082853
    Brande L. Gustafson, Esq.  Bar No. 267130
2 | Weakley & Arendt, LLP
    1630 East Shaw Ave., Suite 176
3 | Fresno, California 93710
    Telephone: (559) 221-5256
4 | Facsimile: (559) 221-5262
    Email: Jim@walaw-fresno.com
5 | Email: Brande@walaw-fresno.com

6 | Attorneys for Defendants, City of Clovis, Officer Cesar Gonzalez, Officer Eric Taifane,
    Officer Angel Velasquez, and Officer Steve Cleaver
7 |
    Charles A. Piccuta (56010)
8 | Charles Tony Piccuta (258333)
    PICCUTA LAW GROUP, LLP
9 | 400 West Franklin Street
    Monterey, California 93940
10 | Telephone: (83 l) 920-3111
     Facsimile: (831) 920-3112
11 | e-mail: chuck@Piccutalaw.com

12 | Attorneys for Plaintiff, George Michael Macias, Jr.

13 | Panos Lagos  (61821)
     The Law Offices of Panos Lagos
14 | 5032 Woodminster Lane
     Oakland, CA 94602
15 | Telephone:  (510) 530-4078
     Facsimile:  (510) 530-4725
16 | Email:  panoslagos@aol.com

17 | Attorneys for Plaintiff, George Michael Macias, Jr.

18 |
# UNITED STATES DISTRICT COURT
19 |
## FOR THE EASTERN DISTRICT OF CALIFORNIA
20 |

21 | GEORGE MICHAEL MACIAS, JR.,        ) CASE NO. 1:13-CV-001819-BAM
                                        )
22 |            Plaintiffs,              ) **STIPULATION AND [PROPOSED]**
                                        ) **ORDER OF DISMISSAL**
23 |        vs.                          )
                                        )
24 | STEVE CLEAVER, CESAR GONZALEZ,     )
     ERIC TAIFANE, ANGEL VELASQUEZ,    )
25 | THE CITY OF CLOVIS and DOES 1-10,  )
     inclusive,inclusive,               )
26 |                                    )
                                        )
27 |            Defendants.              )
                                        )
28 |

          Pursuant to settlement agreement of the parties, all parties, by and through their

attorneys of record, hereby stipulate to the dismissal of this entire action, with prejudice, with all parties to bear their own costs and attorneys' fees. The parties agree that the terms of the settlement are binding and enforceable.

      IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD:

Dated: October 11, 2016　　　　　　　　WEAKLEY & ARENDT, LLP

                            By:    /s/ Brande L. Gustafson
                                      James D. Weakley
                                      Brande L. Gustafson
                                      Attorneys for Defendants

Dated: October 12, 2016　　　　　　　　PICCUTA LAW GROUP, LLP
                                        THE LAW OFFICES OF PANOS LAGOS

                            By:    /s/Charles Tony Piccuta(As authorized on10/12/16)
                                      Charles A. Piccuta
                                      Charles Tony Piccuta
                                      Panos Lagos
                                      Attorneys for Plaintiff

**ORDER**

IT IS SO ORDERED THAT the entire action is Dismissed with prejudice. All parties to bear their own costs and attorneys' fees. The parties agree that the terms of the settlement are binding and enforceable. The Clerk of the Court is instructed to close this case.

IT IS SO ORDERED.

Dated:　**October 12, 2016**　　　　　　　　/s/ Barbara A. McAuliffe
                                                          UNITED STATES MAGISTRATE JUDGE